IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 14-32632 |
| Mary Holmes, ) | |
| ) | Chapter 13 |
| ) | |
| Debtor ) | |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO THE CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY ALABAMA 36104.**

## MOTION TO MODIFY A CONFIRMED CHAPTER 13 PLAN

COMES NOW the Debtor, by and through counsel, and hereby moves this Honorable Court to modify the confirmed chapter 13 plan as follows:

1. Provide for the arrearage claim of Wells Fargo Home Mortgage by extending the term of the plan to 39 months.

WHEREFORE, the premises considered, Debtor moves this Court to modify the confirmed chapter 13 plan.

Respectfully submitted June 9, 2015.

    /s/ Joshua C. Milam
    Joshua C. Milam ASB-3046-T99U
    Attorney for Debtor
    Shinbaum Law Firm, P.C.
    566 South Perry Street
    P.O. Box 201
    Montgomery, AL 36101
    334-269-4440- Selma 334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion on all parties listed below by CM/ECF or by mail on June 9, 2015.

| | |
|---|---|
| Chapter 13 Trustee, Curtis C. Reding | Wells Fargo Home Mortgage |
| | Payment Processing/MAC #X2302-04C |
| Bankruptcy Administrator, Teresa Jacobs | One Home Campus |
| | Des Moines, IA 50328 |
| Enslen Crowe | |
| Sirote & Permutt, P.C. | |
| P.O. Box 55887 | |
| Birmingham, AL 35255-5887 | |

                                                  /s/ Joshua C. Milam
                                                  Joshua C. Milam ASB-3046-T99U