**Exhibit D**

401-AL Middle-V6

Case 14-32632    Doc 35-5    Filed 10/14/16    Entered 10/14/16 12:09:03    Desc  PAY HISTORY    Page 1 of 3

Debtor name: MARY K HOLMES   Bk Filing Date: 9/30/2014   First PP PmtDueDate/Amt: 10/1/2014 / $242.52

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| | | | | | | $0.00 |
| | | 10/8/2014 | $480.00 | | | $480.00 |
| 10/1/2014 | $242.52 | | | 10/10/2014 | $242.52 | $237.48 |
| | | 11/28/2014 | $252.00 | | | $489.48 |
| 11/1/2014 | $242.52 | | | 12/1/2014 | $242.52 | $4.44 |
| 12/1/2014 | $242.52 | | | 12/1/2014 | $242.52 | $4.44 |
| | | 1/2/2015 | $242.52 | | | $246.96 |
| | | 1/2/2015 | $0.48 | | | $247.44 |
| 1/1/2015 | $242.52 | | | 1/7/2015 | $242.52 | $4.92 |
| | | 1/30/2015 | $242.52 | | | $247.44 |
| 2/1/2015 | $242.52 | | | 2/4/2015 | $242.52 | $4.92 |
| | | 2/27/2015 | $243.00 | | | $247.92 |
| 3/1/2015 | $242.52 | | | 3/4/2015 | $242.52 | $5.40 |
| | | 3/31/2015 | $243.00 | | | $248.40 |
| 4/1/2015 | $242.52 | | | 4/7/2015 | $242.52 | $5.88 |
| | | 4/30/2015 | $243.00 | | | $248.88 |
| 5/1/2015 | $242.52 | | | 5/4/2015 | $242.52 | $6.36 |
| | | 5/29/2015 | $243.00 | | | $249.36 |
| 6/1/2015 | $242.52 | | | 6/9/2015 | $242.52 | $6.84 |
| | | 7/8/2015 | $243.00 | | | $249.84 |
| 7/1/2015 | $242.52 | | | 7/9/2015 | $242.52 | $7.32 |
| | | 9/30/2015 | $252.00 | | | $259.32 |
| 8/1/2015 | $242.52 | | | 10/5/2015 | $242.52 | $16.80 |
| | | 10/14/2015 | $243.00 | | | $259.80 |
| 9/1/2015 | $242.52 | | | 10/15/2015 | $242.52 | $17.28 |
| | | 10/30/2015 | $243.00 | | | $260.28 |
| 10/1/2015 | $242.52 | | | 11/2/2015 | $242.52 | $17.76 |
| | | 12/31/2015 | $245.00 | | | $262.76 |
| 11/1/2015 | $244.04 | | | 1/4/2016 | $244.18 | $18.58 |
| | | 1/29/2016 | $245.00 | | | $263.58 |
| 12/1/2015 | $244.04 | | | 2/1/2016 | $244.04 | $19.54 |
| | | 3/31/2016 | $249.28 | | | $268.82 |
| 1/1/2016 | $244.04 | | | 4/1/2016 | $244.04 | $24.78 |
| | | 4/13/2016 | $245.00 | | | $269.78 |
| 2/1/2016 | $244.04 | | | 4/14/2016 | $244.04 | $25.74 |
| | | | | 4/18/2016 | $4.28 | $21.46 |

Case Number: 1432632   Page 1 of 2

Debtor name: MARY K HOLMES     Bk Filing Date: 9/30/2014     First PP PmtDueDate/Amt: 10/1/2014 / $242.52

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| | | | | 5/20/2016 | ($0.14) | $21.60 |
| | | 6/1/2016 | $244.04 | | | $265.64 |
| 3/1/2016 | $244.04 | | | 6/2/2016 | $244.04 | $21.60 |
| | | 6/8/2016 | $243.43 | | | $265.03 |
| 4/1/2016 | $243.43 | | | 6/9/2016 | $243.43 | $21.60 |
| | | 7/13/2016 | $243.43 | | | $265.03 |
| 5/1/2016 | $243.43 | | | 7/14/2016 | $243.43 | $21.60 |
| | | | | 8/29/2016 | ($0.14) | $21.74 |
| | | 9/29/2016 | $13.06 | | | |
| 6/1/2016 | $243.43 | | | | | |
| 7/1/2016 | $243.43 | | | | | |
| 8/1/2016 | $243.43 | | | | | |
| 9/1/2016 | $243.43 | | | | | |
| Totals | $5,833.54 | | $4,898.76 | | $4,863.96 | $34.80 |

Case Number: 1432632